UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Ann Christo,

                Plaintiff,      Case No. 15-cv-11589

v.                                     Judith E. Levy
                                     United States District Judge

Commissioner of Social Security,
                                     Mag. Judge Anthony P. Patti
                Defendant.

_____/

**ORDER ADOPTING THE REPORT AND RECOMMENDATION [23], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [18] AND GRANTING DEFENDANT'S [21] MOTION FOR SUMMARY JUDGMENT**

This is a Social Security appeal. Before the Court is Magistrate Judge Patti's Report and Recommendation (Dkt. 23) recommending the Court deny plaintiff's motion for summary judgment (Dkt. 18) and grant defendant's motion for summary judgment. (Dkt. 21.) The parties were required to file specific written objections within fourteen days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). No objections were filed. Accordingly, and on review of the Report and Recommendation,

The Report and Recommendation (Dkt. 23) is adopted. Plaintiff's motion for summary judgment (Dkt. 18) is DENIED. Defendant's motion for summary judgment (Dkt. 21) is GRANTED. The Commissioner of Social Security's decision is affirmed, and the case is dismissed.[1]

IT IS SO ORDERED.

Dated: January 26, 2017  　　　　s/Judith E. Levy
Ann Arbor, Michigan  　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 26, 2017.

　　　　　　　　　　　　　　　　s/Felicia M. Moses
　　　　　　　　　　　　　　　　FELICIA M. MOSES
　　　　　　　　　　　　　　　　Case Manager

---

[1] The parties, by failing to object to the Report and Recommendation, have waived any further right of appeal. *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).